```
 1  IRENE RUZIN, Attorney at Law (CSB #125763)
    Law Offices of Irene Ruzin
 2  16311 Ventura Blvd., Suite 900
 3  Encino, CA 91436
    Tel:  818 325-2888
 4  Fax: 818 325-2890
 5  Email: ireneruzin@gmail.com
 6
    Attorney for Plaintiff, SHILLA NASSI
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SHILLA NASSI, | ) | Case No.: CV 20-09996 AFM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | ALEXANDER F. MACKINNON UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND FIVE HUNDRED FIFTY DOLLARS ($2,550.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  6/10/2021

*/s/ Alex MacKinnon*

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE